DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*gathompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL
DEVICE BUSINESS SERVICES INC.; JOHNSON &
JOHNSON; and JOHNSON & JOHNSON SERVICES,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE WINGLER,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOHNSON & JOHNSON SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. CV18-05863-JST<br><br>**[PROPOSED]** ORDER RE STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed: January 25, 2011 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff BOBBIE WINGLER and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, and JOHNSON & JOHNSON SERVICES, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2018

_____
UNITED STATES DISTRICT COURT